# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALEXANDRA SANTOS,**

      **Plaintiff,**

**v.**                                                  Case No:   6:14-cv-938-Orl-22GJK

**URS ENERGY AND CONSTRUCTION INC.,**

      **Defendant.**

___

## ORDER

This cause is before the Court on Defendant's Motion to Quantify Attorneys' Fee Award (Doc. No. 33) filed on June 10, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 14, 2015 (Doc. No. 38), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Quantify Attorneys' Fee Award is hereby GRANTED.

3. The Clerk is directed to enter a Judgment providing that the Defendant URS Energy and Construction, Inc., recover from the Plaintiff Alexandra Santos the amount of $874.35, for which sum let execution issue.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2015.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties